IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TISHAUN DEMETRI STENHOUSE                                              PETITIONER

vs.                Civil Case No. 5:06CV00153 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                      RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of September, 2009.

_____
United States Magistrate Judge